# United States Court of Appeals
## For the First Circuit

No. 01-1770

STATE OF MAINE, ET AL.,

Plaintiffs, Appellees,

v.

DIRECTOR, UNITED STATE FISH AND WILDLIFE SERVICE, ET AL.,

Defendants,

DEFENDERS OF WILDLIFE, ET AL.,

Movants, Appellants.

**ERRATA SHEET**

The opinion of this court, issued August 24, 2001, should be amended as follows:

On page 16 line 13: the word "Circuit" is replaced with "Circuits"

On page 2 line 12: insert comma after "intervene"

On page 11 line 10: the word "pleading" is replaced with "pleadings"